UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag No. 13-2558 |
| v. | : Hon. DOUGLAS E. ARPERT |
| KAMAL J. JAMES and CRYSTAL G. HAWKINS | : SEALING ORDER |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Nicholas P. Grippo, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrants issued on this date, and for good cause shown,

IT IS on this 21th day of October, 2013,

ORDERED that the criminal complaint and arrest warrants, and all related documents, be and hereby are sealed until the arrest warrants are executed or until further Order of this Court.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge